UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

**GRACE ROBINSON,**

Plaintiff,

v. **No. 4:25-cv-01176-P**

**GOOSEHEAD INSURANCE AGENCY, LLC,**

Defendant.

## FINAL JUDGMENT

This final judgment is issued pursuant to Federal Rule of Civil Procedure 58(a). In accordance with the Court's Order on this same day, this case is **DISMISSED without prejudice**. The Clerk of the Court shall transmit a true copy of this judgment to the parties.

**SO ORDERED** on this **12th day of November 2025.**

Mark T. Pittman

**MARK T. PITTMAN**
UNITED STATES DISTRICT JUDGE